[No. 48178-2-II.   Division Two.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH CEE WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-1-01731-4, David E. Gregerson, J., entered October 16, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 48235-5-II.   Division Two.   February 14, 2017.]

THE STATE OF WASHINGTON, *Appellant*, v. RICKO FERNANDEZ EASTERLING, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-00127-1, William C. Houser, J., entered October 26, 2015. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 48253-3-II.   Division Two.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH P. STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 15-1-00053-5, Toni A. Sheldon, J., entered November 10, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa, A.C.J., and Worswick, J.

[No. 48373-4-II.   Division Two.   February 14, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN LAWRENCE MEADOWS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-02188-9, Gerald T. Costello, J., entered December 11, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Melnick, J.